ACCEPTED
06-14-00138-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/28/2015 4:30:40 PM
DEBBIE AUTREY
CLERK

## NO. 06-14-00138-CR

| | | |
|---|---|---|
| **STATE OF TEXAS** | § | **SIXTH COURT** |
| | § | FILED IN |
| | § | **OF APPEALS** 6th COURT OF APPEALS |
| **v.** | § | TEXARKANA, TEXAS |
| | § | 8/31/2015 8:18:00 AM |
| **JAMIE BLEDSOE** | § | **STATE OF TEXAS** DEBBIE AUTREY |
| | | Clerk |

### <u>APPELLEE'S FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF</u>

Harrison County District Attorney, Appellee moves this Court pursuant to Tex. R. App. Proc. 10.5 and 38.6(D) for an extension of thirty (30) days or until May 2nd, 2015, in which to file the Appellee's brief.

In support, the Appellee would show the following:

1.  The Appellant's brief was filed on August 3rd, 2015

2.  Appellee's brief is due for filing on September 2nd, 2015

3.  This is the first request for extension of time since Appellant's new counsel filed Appellant's Brief

4. Good cause exists for the granting of this motion: Attorney for Appellee has been preparing for Oral Argument in State of Texas v. Karl Patrick Houlditch No.06-14-00207-CR on Sept. 2nd 2015, as well as a jury trial in the 71st District Court, State of Texas v Artis Williams on Sept. 8th, 2015
.

Wherefore, Appellee requests until October 2nd, 2015, in which to complete his brief.

Respectfully submitted,
/S/ Shawn Eric Connally

_____

Shawn Eric Connally
State Bar No. 24051899
P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
shawnc@co.harrison.tx.us
ATTORNEY FOR APPELLEE
HARRISON COUNTY
DISTICT ATTORNEYS OFFICE

## CERTIFICATION OF SERVICE

I certify that a true and correct copy of the Appellee's First Motion for Extension of Time to File Appellee's Brief has been delivered to the Appellant's Attorney on Appeal.

.

DATED: 08-28-2015                                        /S/ Shawn Eric Connally

_____

Shawn Eric Connally
State Bar No. 24051899
P.O. Box 776
Marshall, Texas 75671
Telephone: 903-935-8408
Fax: 903-938-9312
shawnc@co.harrison.tx.us